| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Ericksen, Joan N. | 2. Court or Organization  U.S. District Court - Minnesota | 3. Date of Report  09/04/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

12W United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Friends of the Children Foundation |
| 2. | Board of Directors | Federal Bar Association, Minnesota chapter |
| 3. | Committee Member | NCBE, Multistate Bar Drafting Committee |
| 4. | Rules of Evidence Committee | Judicial Conference |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Minnesota State Judge Retirement Plan - former employer - no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | May 2011 | MCBE Committee | $3,500.00 |
| 2. | Sept 2011 | MCBE Committee | $3,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 01-31-11 to 02-01-11 | New York City | Patent Conference | Transportation, meals, hotel |
| 2. | National Conference of Bar Examiners | 05-01-11 to 05-04-11 | Carmel, CA | Evidence Drafting Committee | Transportation, meals, hotel |
| 3. | National Conference of Bar Examiners | 09-29-11 to 10-01-11 | Vancouver, BC | Evidence Drafting Committee | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 09/04/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Minnesota State Retirement System - Judges' Retirement Plan | | None | M | T | | | | | |
| 2. Fidelity Adv 529 Plan Portfolio 2019 C (no control) | | None | K | T | | | | | |
| 3. Ameriprise Money Market | A | Interest | L | T | | | | | |
| 4. Invesco Global Real Estate (AGREX) | A | Int./Div. | K | T | Buy (add'l) | 05/02/11 | J | | |
| 5. Invesco Global Real Estate (AGREX) | | | | | Sold (part) | 07/06/11 | J | A | |
| 6. Invesco Int'l Small Co (IEGAX) | A | Int./Div. | J | T | Buy | 12/06/11 | J | | |
| 7. Franklin MN Tax Free (FMINX) | A | Int./Div. | J | T | Buy (add'l) | 04/26/11 | M | | |
| 8. Franklin MN Tax Free (FMINX) | | | | | Sold (part) | 07/06/11 | K | A | |
| 9. Franklin MN Tax Free (FMINX) | | | | | Sold (part) | 08/12/11 | K | A | |
| 10. Franklin HY Tax Free (FRHIX) | A | Int./Div. | K | T | Buy (add'l) | 07/06/11 | L | | |
| 11. Franklin HY Tax Free (FRHIX) | | | | | Sold (part) | 12/05/11 | L | B | |
| 12. iShares iBoxx Investment Grade Corp (LQD) | A | Int./Div. | K | T | Buy (add'l) | 07/08/11 | K | | |
| 13. iShares iBoxx Investment Grade Corp (LQD) | | | | | Sold (part) | 07/14/11 | J | A | |
| 14. Oppenheimer Int'l Bond (OIBAX) | A | Int./Div. | L | T | Buy (add'l) | 07/06/11 | K | | |
| 15. Oppenheimer Developing Markets (ODMAX) | A | Int./Div. | K | T | Buy (add'l) | 05/02/11 | J | | |
| 16. Oppenheimer Developing Markets (ODMAX) | | | | | Buy (add'l) | 07/14/11 | J | | |
| 17. Oppenheimer Developing Markets (ODMAX) | | | | | Buy (add'l) | 08/12/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pimco Real Return Strategy (PCRAX) | C | Int./Div. | K | T | | | | | |
| 19. Vanguard Growth (VUG) | A | Int./Div. | K | T | | | | | |
| 20. Vanguard Value (VTV) | A | Int./Div. | K | T | Buy (add'l) | 07/14/11 | J | | |
| 21. Wells Fargo S/T High Yield Bond (SSTHX) | A | Int./Div. | L | T | Buy | 12/06/11 | L | | |
| 22. Vanguard Mid Growth (VOT) | A | Int./Div. | J | T | | | | | |
| 23. Vanguard High Dividend Yield (VYM) | A | Int./Div. | K | T | Buy | 08/16/11 | J | | |
| 24. Columbia High Yield (INEAX) | B | Int./Div. | K | T | Buy (add'l) | 07/07/11 | K | | |
| 25. Columbia Acorn Int'l (LAIAX) | A | Int./Div. | J | T | Buy | 05/31/11 | J | | |
| 26. Columbia Acorn Int'l (LAIAX) | | | | | Buy (add'l) | 07/12/11 | J | | |
| 27. Columbia Acorn Int'l (LAIAX) | | | | | Sold (part) | 12/05/11 | J | A | |
| 28. UMB Scout Int'l (UMBWX) | A | Int./Div. | J | T | Buy (add'l) | 05/31/11 | J | | |
| 29. UMB Scout Int'l (UMBWX) | | | | | Sold (part) | 07/06/11 | J | A | |
| 30. Credit Suisse Commodity (CRSAX) | A | Int./Div. | J | T | | | | | |
| 31. Putnam Int'l Capital Opp (PNVAX) | A | Int./Div. | J | T | | | | | |
| 32. Vanguard Mid Value (VOE) | A | Int./Div. | J | T | | | | | |
| 33. Eagle Small Cap Growth (HRSCX) | | | | | Buy | 07/12/11 | J | | |
| 34. Oppenheimer Main St Sm Cap (OPMSX) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 09/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    Oppenheimer Rochester Muni (ORNAX) | A | Int./Div. | J | T | | | | | |
| 36. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 09/04/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My husband's assets are not reportable: He has sole interest in and responsibility for his income, assets and investments. His property is not in any way derived from or associated with any of my income, assets or activities. I do not, and do not expect to, derive any financial or economic benefit from my husband's financial interest or responsibility. A joint tax return with my husband and myself was NOT filed for 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan N. Ericksen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544